Stanislaw Grzywacz, Respondent, Appellant, v. The New York Central and Hudson River Railroad Company, Appellant, Respondent. — Judgment affirmed, without costs of this appeal to either party. New trial to

---

* See Laws of 1908, chap. 494.— [REP.

be had in Justice's Court on the 15th day of April, 1912, at ten o'clock A. M. All concurred.